IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| | * | |
| vs. | * | No. 4:05CR00290-01 SWW |
| | * | |
| | * | |
| GREGORY TYRONE FESTUS | * | |

**ORDER**

The Court is in receipt of a letter from Mr. Festus, dated March 27, 2006, in which he expresses his displeasure and frustration with the representation provided by his appointed counsel, William Owen James, Jr.  The Court characterizes this letter as a motion to relieve counsel, and directs the Clerk to file the letter as such.  The government and Mr. James are ordered to respond to the motion within fourteen (14) days from the date of entry of this Order.  The Court further instructs the Clerk to send a copy of the letter with the Order to the government and Mr. James, and a copy of the Order to Mr. Festus.

SO ORDERED this 3rd day of April 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE