

UNITED STATES OF AMERICA
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.                    CASE NO. 4:05-CR-00290 SWW

GREGORY TYRONE FESTUS                                       DEFENDANT

## ORDER

The defendant's motion, to relieve counsel (DE #23), will be held in abeyance until July 14, 2006. The defendant states he will have secured private counsel by that time.

IT IS SO ORDERED this 10th day of July, 2006.

_____
UNITED STATES MAGISTRATE JUDGE